

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| C&R DOWNHOLE DRILLING, LLC F/K/A C&R DOWNHOLE DRILLING, INC., | § § § | No. 08-16-00251-CV |
| | | Appeal from |
| Appellant, | § | 98th District Court |
| v. | § | of Travis County, Texas |
| TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION, | § § | (TC # D-1-GN-14-004741) |
| Appellee. | § § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's unopposed motion to dismiss the appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d). All pending motions are denied as moot.

January 25, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating